No. 78–477.  WEST SIDE WOMEN'S SERVICES, INC., ET AL. v. CITY OF CLEVELAND, OHIO, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 78–500.  BROWN v. DANLEY, ADMINISTRATOR.  Sup. Ct. Ark.  Certiorari denied.

No. 78–506.  BOWER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–513.  TRACY, JUDGE v. DIXON ET AL.  Sup. Ct. Ariz.  Certiorari denied.

No. 78–515.  FEHR BROS., INC. v. ACCIAIERIE WEISSENFELS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 78–519.  BRAINERD v. FLANNERY.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 78–521.  YIAMOUYIANNIS v. CHEMICAL ABSTRACTS SERVICE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 78–522.  WENTZ ET AL. v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 78–525.  WILMORITE, INC., ET AL. v. EAGAN REAL ESTATE, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 78–527.  COURIER-NEWSOM EXPRESS, INC. v. MARTIN IMPORTS.  C. A. 7th Cir.  Certiorari denied.

No. 78–534.  WELSH ET AL. v. KINCHLA ET AL.  C. A. 1st Cir.  Certiorari denied.